# EXHIBIT D

## Exhibit D

**Infringement of U.S. Patent No. 7,130,576 by DISH Accused Satellite Television Services**

| # | U.S. Patent No. 7,130,576 | DISH Accused Satellite Television Services |
|---|---|---|
| 14a | 14.  A  method  of communicating a plurality of transponder signals from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable  connected  to  the ODU,  the  method comprising the steps of: | The Accused Satellite Television Services perform the claimed method utilizing, for example, Signal Selector and Combiner ("SSC") devices, which include which include SSC-enabled LNBs (for example, DISH Pro Hybrid ("DPH") LNBFs) and switches (for example, DPH42).  By way of example, the DPH42 is charted herein.<br><br>A plurality of transponder signals are communicated from a satellite outdoor unit (ODU) that receives a plurality of satellite broadband signals to an integrated receiver decoder (IRD) over a single cable connected to the ODU as described below:<br><br>The DPH42 communicates transponder signals from one or more LNBFs (such as the DP/DPP LNBF or DP LNBF) to an IRD (e.g. a Hopper, Wally, or ViP Receiver) over a single cable. |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | DISH Accused Satellite Television Services |
|---|---|---|
| | | 

In a variety of installations, the DPH42 has two single cable outputs, each of which is provided to a different receiver network. For example, a first single cable can be provided to a Hopper receiver network (shown in purple) and a second single cable can be provided to a Wally receiver network (shown in blue). |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | DISH Accused Satellite Television Services |
|---|---|---|
| | | <br><br>Each of the ODUs receives a plurality of satellite broadband signals (highlighted in blue). |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | DISH Accused Satellite Television Services |
|---|---|---|
| | |  |
| 14b | communicating a transponder request signal to the ODU from the IRD; | The ODU communicates a transponder request signal to the ODU from the IRD as described below:<br><br>The DPH42 includes a Broadcom BCM4552 SoC. |

| # | U.S. Patent No. 7,130,576 | DISH Accused Satellite Television Services |
|---|---|---|
| | | <br><br>Broadcom's BCM4554 offers a higher level of integration while consuming less power than the previous generation chipset. It also enables direct sampling of low-noise block (LNB) outputs across worldwide ODU satellite markets. The simplified design of Broadcom's new ODU chipset allows 32 DVB-S2 channels to be stacked on a single coaxial cable to service any STB in a home, simplifying and reducing satellite operator installation costs.<br><br>**Key Features and Benefits:**<br><br>• Second generation with reduced power and better integration in 28 nm process<br>• 4 RF inputs and 1RF output covering the 250 to 2350 MHz frequency range<br>• 32 user-band output channels<br>• 32 output channels selectable from any LNB input<br>• Frequency shift keying (FSK) and digital satellite equipment control (DiSEqC) |
| 14c | in the ODU, digitizing the plurality of satellite broadband signals, selecting and extracting a plurality of transponder signals from the received | The ODU digitizes the plurality of satellite broadband signals, selects and extracts a plurality of transponder signals from the received digitized satellite broadband signals, wherein the selecting is responsive to the transponder request signals as described below: |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | DISH Accused Satellite Television Services |
|---|---|---|
| | digitized satellite broadband signals, wherein the selecting is responsive to the transponder request signals; |  |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | DISH Accused Satellite Television Services |
|---|---|---|
| | | Analog-to-Digital Converters Converting Signals from Satellite Dish<br><br>**Technology Advantages:**<br><br>• *Drives future TV:* leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• *Simplifies installation and upgrades:* Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• *Full-Band Capture (FBC):* Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• *Lower system cost:* replaces multiple analog ODU chips with a single lower cost mixed signal chip. |
| 14d | combining extracted selected transponder signals into a composite signal; | The ODU combines extracted selected transponder signals into a composite signal as described below: |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | DISH Accused Satellite Television Services |
|---|---|---|
| | | Technology Advantages:<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip. |
| 14e | transmitting the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting. | The ODU transmits the composite signal over the single cable from the ODU to the IRDs, wherein the modulation of the transponder signal is not altered by the steps of selecting, combining, and transmitting as described below: |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | DISH Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | DISH Accused Satellite Television Services |
|---|---|---|
| | | **Technology Advantages:**<br><br>• *Drives future TV:* leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• *Simplifies installation and upgrades:* Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• *Full-Band Capture (FBC):* Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• *Lower system cost:* replaces multiple analog ODU chips with a single lower cost mixed signal chip. |
| | | |
| 15 | 15. The method of claim 14 wherein the step of selecting and extracting a transponder signal comprises the step of: filtering a transponder signal with a band pass filter having a bandwidth ranging from 5% to 100% wider than the bandwidth of the transponder signal. | Upon information and belief, the step of selecting and extracting a transponder signal comprises the step of: filtering a transponder signal with a band pass filter having a bandwidth ranging from 5% to 100% wider than the bandwidth of the transponder signal as described below:<br><br>**Technology Advantages:**<br><br>• *Drives future TV:* leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• *Simplifies installation and upgrades:* Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• *Full-Band Capture (FBC):* Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• *Lower system cost:* replaces multiple analog ODU chips with a single lower cost mixed signal chip. |
| | | |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | DISH Accused Satellite Television Services |
|---|---|---|
| 16 | 16. The method of claim 14 wherein the step of combining comprises frequency translating the selected and extracted transponder channels to a variable frequency before combining. | Upon information and belief, the step of combining comprises frequency translating the selected and extracted transponder channels to a variable frequency before combining as described below:<br><br>**Technology Advantages:**<br><br>• *Drives future TV:* leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• *Simplifies installation and upgrades:* Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• *Full-Band Capture (FBC):* Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• *Lower system cost:* replaces multiple analog ODU chips with a single lower cost mixed signal chip. |
| 17 | 17. The method of claim 15 further comprising frequency translating the selected transponder channels to a predetermined frequency before combining. | Upon information and belief, the ODU frequency translates the selected transponder channels to a predetermined frequency before combining as described below:<br><br>**Technology Advantages:**<br><br>• *Drives future TV:* leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• *Simplifies installation and upgrades:* Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• *Full-Band Capture (FBC):* Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• *Lower system cost:* replaces multiple analog ODU chips with a single lower cost mixed signal chip. |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | DISH Accused Satellite Television Services |
|---|---|---|
| 18 | 18. The method of claim 14 further comprising the step of splitting the composite signal inside a home and distributing to a plurality of IRDs. | The ODU splits the composite signal inside a home and distributes to a plurality of IRDs as described below:<br><br>The DPH42 communicates transponder signals from one or more LNBFs (such as the DP/DPP LNBF or DP LNBF) to an IRD (e.g. a Wally or ViP Receiver) over a single cable. |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | DISH Accused Satellite Television Services |
|---|---|---|
| | |  |
| 19 | 19. The method of claim 14 wherein the transponder request signal is transmitted over the cable from an IRD | The transponder request signal is transmitted over the cable from an IRD and all IRDs receive the same composite signal as described below: |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | DISH Accused Satellite Television Services |
|---|---|---|
| | and all IRDs receive the same composite signal. |  |
| **21a** | 21. The method of claim 14 further comprising the steps of: | See claim 14 analysis. |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | DISH Accused Satellite Television Services |
|---|---|---|
| 21b | frequency translating the selected transponder channels to a variable frequency before combining; and | See claim 16 analysis. |
| 21c | splitting the composite signal inside a home and distributing to a plurality of IRDs. | See claim 18 analysis. |
| | | |
| 22 | 22. The method of claim 21 wherein the transponder request signal is transmitted over the cable from an IRD. | The transponder request signal is transmitted over the cable from an IRD as described below:<br><br>The DPH42 communicates transponder signals from one or more LNBFs (such as the DP/DPP LNBF or DP LNBF) to an IRD (e.g. a Wally or ViP Receiver) over a single cable. |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | DISH Accused Satellite Television Services |
|---|---|---|
| | |  Each of the ODUs receives a plurality of satellite broadband signals (highlighted in blue). |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | DISH Accused Satellite Television Services |
|---|---|---|
| | |  |
| 34 | 34. The method of claim 14, wherein selecting and extracting comprises applying a pass band filter transfer function to the digitized broadband signal. | Upon information and belief, the selecting and extracting comprises applying a pass band filter transfer function to the digitized broadband signal as described below: |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | DISH Accused Satellite Television Services |
|---|---|---|
| | | Technology Advantages:<br><br>• *Drives future TV:* leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• *Simplifies installation and upgrades:* Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• *Full-Band Capture (FBC):* Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• *Lower system cost:* replaces multiple analog ODU chips with a single lower cost mixed signal chip. |
| | | |
| 36 | 36. The method of claim 14, wherein the combining is performed in the digital domain. | The ODU performs the combining in the digital domain as described below: |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | DISH Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | DISH Accused Satellite Television Services |
|---|---|---|
| | | Technology Advantages: <br><br> • *Drives future TV:* leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV. <br> • *Simplifies installation and upgrades:* Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers. <br> • *Full-Band Capture (FBC):* Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services. <br> • *Lower system cost:* replaces multiple analog ODU chips with a single lower cost mixed signal chip. |
| 37 | 37. The method of claim 17, wherein frequency translating comprises using a digital mixer to apply a rotating phasor to the data samples to translate their frequency. | Upon information and belief, the frequency translating comprises using a digital mixer to apply a rotating phasor to the data samples to translate their frequency as described below: <br><br> Technology Advantages: <br><br> • *Drives future TV:* leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV. <br> • *Simplifies installation and upgrades:* Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers. <br> • *Full-Band Capture (FBC):* Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services. <br> • *Lower system cost:* replaces multiple analog ODU chips with a single lower cost mixed signal chip. |
| 38 | 38. The method of claim 14, further comprising frequency translating the digitized broadband signal | The ODU frequency translates the digitized broadband signal prior to selecting and extracting transponder signal as described below: |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | DISH Accused Satellite Television Services |
|---|---|---|
| | prior to selecting and extracting transponder signal. | **Technology Advantages:**<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels: opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies Installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip. |
| | | |
| 39 | 39. The method of claim 38, wherein frequency translating comprises translating the original digitized broadband signal to locate a selected transponder channel at baseband. | The frequency translating comprises translating the original digitized broadband signal to locate a selected transponder channel at baseband as described below:<br><br>**Technology Advantages:**<br><br>• _Drives future TV:_ leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• _Simplifies Installation and upgrades:_ Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• _Full-Band Capture (FBC):_ Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• _Lower system cost:_ replaces multiple analog ODU chips with a single lower cost mixed signal chip. |
| | | |
| 40 | 40. The method of claim 14, further comprising maintaining a channel translation table at the | Upon information and belief, the ODU maintains a channel translation table at the outdoor unit, the channel translation table specifying assigned frequency slots for transponder channels in the composite signal. |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | DISH Accused Satellite Television Services |
|---|---|---|
| | outdoor unit, the channel translation table specifying assigned frequency slots for transponder channels in the composite signal. | |
| | | |
| 41 | 41. The method of claim 38, further comprising providing the channel translation table to the IRD to allow the IRD to tune to a desired selected translated transponder channel. | Upon information and belief, the ODU provides the channel translation table to the IRD to allow the IRD to tune to a desired selected translated transponder channel as described below:  |
| | | |

**Exhibit D**

| # | U.S. Patent No. 7,130,576 | DISH Accused Satellite Television Services |
|---|---|---|
| 42 | 42. The method of claim 14, wherein selecting and extracting comprises low-pass filtering the translated digitized broadband signal thereby substantially removing signal information from non-selected transponder channels. | Upon information and belief, the selecting and extracting comprises low-pass filtering the translated digitized broadband signal thereby substantially removing signal information from non-selected transponder channels as described below:<br><br>**Technology Advantages:**<br><br>• *Drives future TV:* leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• *Simplifies installation and upgrades:* Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• *Full-Band Capture (FBC):* Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• *Lower system cost:* replaces multiple analog ODU chips with a single lower cost mixed signal chip. |