# EXHIBIT F

**Exhibit F**

**Infringement of U.S. Patent No. 8,792,008 by DISH Accused Satellite Television Services**

| # | U.S. Patent No. 8,792,008 | DISH Accused Satellite Television Services |
|---|---|---|
| 3a | A method comprising: | The Accused Satellite Television Services perform the claimed method utilizing, for example, monitoring devices such as the Hopper 3. By way of example, the Hopper 3 is charted herein.<br><br>Your new Hopper® 3 receiver is a Whole-Home HD DVR that offers full digital video recording functionality, including pausing live TV, to every TV in your house that is part of your Whole-Home DVR system. The Hopper 3 receiver is the hub for all things entertainment. It is an HD DVR that provides the equivalent of 16 tuners, allowing you to record multiple HD channels at once and at any time and play them back in any room in your home. |
| 3b | performing by one or more circuits: | The Hopper 3 has one or more circuits as described below: |

**Exhibit F**

| # | U.S. Patent No. 8,792,008 | DISH Accused Satellite Television Services |
|---|---|---|
| 3c | receiving a signal having a bandwidth that spans from a first frequency, $F_{lo}$, to a second frequency, $F_{hi}$, wherein said signal carries a plurality of channels; | The Hopper 3 receives a signal having a bandwidth that spans from a first frequency, $F_{lo}$, to a second frequency, $F_{hi}$, wherein said signal carries a plurality of channels as described below: |

**Exhibit F**

| # | U.S. Patent No. 8,792,008 | DISH Accused Satellite Television Services |
|---|---|---|
|  |  |  |
| 3d | digitizing said received signal from $F_{lo}$ to $F_{hi}$ to generate a digitized signal; | The Hopper 3 digitizes said received signal from $F_{lo}$ to $F_{hi}$ to generate a digitized signal as described below: |

**Exhibit F**

| # | U.S. Patent No. 8,792,008 | DISH Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit F**

| # | U.S. Patent No. 8,792,008 | DISH Accused Satellite Television Services |
|---|---|---|
|  |  | **Technology Advantages:**<br><br>• *Drives future TV:* leapfrogs current analog architecture by moving to digital and supporting up to 24 minimally spaced channels; opens up the ability to stream independent HD broadcast streams and IP services from a single cable to multiple connected devices, delivering next-generation satellite TV.<br>• *Simplifies installation and upgrades:* Broadcom's stacked channel technology allows single cable installation, which significantly reduces the cost and complexity for installs and upgrades with better home theater aesthetics for subscribers.<br>• *Full-Band Capture (FBC):* Broadcom's digital tuning technology digitizes the entire spectrum enabling more efficient and flexible distribution of video streams and IP services.<br>• *Lower system cost:* replaces multiple analog ODU chips with a single lower cost mixed signal chip. |
| 3e | selecting a first portion of said digitized signal; | The Hopper 3 selects a first portion of said digitized signal as described below:<br><br>Your new Hopper® 3 receiver is a Whole-Home HD DVR that offers full digital video recording functionality, including pausing live TV, to every TV in your house that is part of your Whole-Home DVR system. The Hopper 3 receiver is the hub for all things entertainment. It is an HD DVR that provides the equivalent of 16 tuners, allowing you to record multiple HD channels at once and at any time and play them back in any room in your home. |
| 3f | selecting a second portion of said digitized signal; and | The Hopper 3 selects a second portion of said digitized signal as described below:<br><br>Your new Hopper® 3 receiver is a Whole-Home HD DVR that offers full digital video recording functionality, including pausing live TV, to every TV in your house that is part of your Whole-Home DVR system. The Hopper 3 receiver is the hub for all things entertainment. It is an HD DVR that provides the equivalent of 16 tuners, allowing you to record multiple HD channels at once and at any time and play them back in any room in your home. |

**Exhibit F**

| # | U.S. Patent No. 8,792,008 | DISH Accused Satellite Television Services |
|---|---|---|
| 3g | concurrently outputting said selected first portion and said selected second portion, wherein: | The Hopper 3 concurrently outputs said selected first portion and said selected second portion as described below:<br><br>Your new Hopper® 3 receiver is a Whole-Home HD DVR that offers full digital video recording functionality, including pausing live TV, to every TV in your house that is part of your Whole-Home DVR system. The Hopper 3 receiver is the hub for all things entertainment. It is an HD DVR that provides the equivalent of 16 tuners, allowing you to record multiple HD channels at once and at any time and play them back in any room in your home. |
| 3h | said selected first portion is output to a signal analyzer which analyzes said selected first portion to determine one or more characteristics of the received signal, and which reports said determined one or more characteristics to a source of said received signal; and | The Hopper 3 outputs said selected first portion to a signal analyzer which analyzes said selected first portion to determine one or more characteristics of the received signal, and which reports said determined one or more characteristics to a source of said received signal as described below: |

**Exhibit F**

| # | U.S. Patent No. 8,792,008 | DISH Accused Satellite Television Services |
|---|---|---|
| | |  |

**Exhibit F**

| # | U.S. Patent No. 8,792,008 | DISH Accused Satellite Television Services |
|---|---|---|
| | | **Audio/Video Output** — High-quality standard-definition connection to the TV audio and video input<br>**Digital Audio** — Optical connection to a high-quality digital sound decoding system<br>**Remote Antenna** — Connects to a UHF-2G remote control antenna<br>**YPbPr/Component Output** — Optional connection to your high-definition TV video input<br>**HDMI® Output** — Provides high-definition digital audio and video to the TV<br>**USB Ports** — Connects to multimedia devices, such as an external hard drive<br>**Ethernet** — Connects to a broadband home network<br>**Phone Jack** — Connects to a telephone line<br><br>**Receiver Tests**<br><br>The Customer Service Representative may ask you to access the Diagnostics screen. Remember to have an active phone line or broadband Internet connected to your receiver.<br><br>1 Press the MENU button, select the **Settings** tile, then **Network Setup**, and then **Tests**. The Network Setup Tests screen contains various tests that a DISH Customer Service Representative may ask you to initiate for your receiver:<br><br>- **Test Connection**: Tests for a valid receiver telephone connection.<br>- **Call Out**: If "No Dial Out Pending" is displayed, the receiver does not need to have its smart card records updated.<br>- **View Counters**: Shows you a list of diagnostic counters. Use PAGE UP and PAGE DOWN to scroll through the list of counters displayed, if applicable.<br>- **Send Status**: Sends data about your system to DISH for analysis. This should be performed only as directed by a DISH Customer Service Representative.<br>- **HDMI**: Select an available HDMI connection analysis from the list and test data will be displayed on the right. Tests should be performed as directed by DISH instructions. |

**Exhibit F**

| # | U.S. Patent No. 8,792,008 | DISH Accused Satellite Television Services |
|---|---|---|
| 3i | said selected second portion is output to a data processor for recovery of data carried on one or more of said plurality of channels. | The Hopper 3 outputs said selected second portion to a data processor for recovery of data carried on one or more of said plurality of channels as described below: |

**Exhibit F**

| # | U.S. Patent No. 8,792,008 | DISH Accused Satellite Television Services |
|---|---|---|
| | | **Key Features of the Broadcom® BCM7445 Ultra HD SoC**<br><br>- Brahma15 21,000 DMIP CPU, four 1080p30 real-time transcoders and HEVC compression<br>- Delivers resolution up to 4096 x 2160p60<br>- Web domain security, an industry leading hardware security oversight to separate Internet services from premium broadcast content<br>- Simultaneously delivers four transcoded HD video streams over IP for content on any screen<br><br>Your new Hopper® 3 receiver is a Whole-Home HD DVR that offers full digital video recording functionality, including pausing live TV, to every TV in your house that is part of your Whole-Home DVR system. The Hopper 3 receiver is the hub for all things entertainment. It is an HD DVR that provides the equivalent of 16 tuners, allowing you to record multiple HD channels at once and at any time and play them back in any room in your home. |
| 7a | The method of claim 3, wherein: | See above. |
| 7b | said received signal is a satellite television signal output by a low noise block downconverter; and | Said received signal is a satellite television signal output by a low noise block downconverter as described below: |

Page **10** of **12**

**Exhibit F**

| # | U.S. Patent No. 8,792,008 | DISH Accused Satellite Television Services |
|---|---|---|
|  |  |  |
| 7c | said plurality of channels comprises a plurality of television channels. | Said plurality of channels comprises a plurality of television channels. |
|  |  |  |
| 9 | The method of claim 3, wherein said one or more circuits reside in a customer premises gateway. | Said one or more circuits reside in a customer premises gateway as described below:<br><br>Your new Hopper® 3 receiver is a Whole-Home HD DVR that offers full digital video recording functionality, including pausing live TV, to every TV in your house that is |

**Exhibit F**

| # | U.S. Patent No. 8,792,008 | DISH Accused Satellite Television Services |
|---|---|---|
| | | part of your Whole-Home DVR system. The Hopper 3 receiver is the hub for all things entertainment. It is an HD DVR that provides the equivalent of 16 tuners, allowing you to record multiple HD channels at once and at any time and play them back in any room in your home.<br><br>Joey® receivers (Joey®, SuperJoey®, Wireless Joey®, 4K Joey™) connect to other TVs in your home and link to the Hopper 3 system, creating a Whole-Home DVR network. It supports all of the features of the Hopper 3 (with the exception of Picture-In-Picture) and offers an identical user interface as the Hopper 3. You can connect a Joey receiver to a high-definition or standard-definition TV. |
| | | |
| 10 | The method of claim 3, wherein a bandwidth and/or center frequency of said selected first portion is configurable during operation of said one or more circuits. | Upon information and belief, the Hopper 3 configurably selects a bandwidth and/or center frequency of the selected first portion of the digitized signal. |